UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                      Plaintiff,            :
                                                            :          20 Cr. 610 (LGS)
            -against-                                       :
                                                            :          SCHEDULING ORDER
BRANDON BLAKE,                                              :
                                      Defendant,            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Brandon Blake's sentencing hearing shall be held on **March 18, 2021** at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **February 22, 2021**.  The Government's pre-sentencing submission, if any, shall be filed by **February 25, 2021.**

Dated: November 10, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**