UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                               Plaintiff,

                        20 Cr. 610 (LGS)

             -against-

                        ORDER

    BRANDON BLAKE,

                           Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the sentencing hearing currently for March 18, 2021, is adjourned to **May 13, 2021, at 11:00 a.m.**

Dated: March 12, 2021
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**