# HAROLD B RAMSEY JR.
*Attorney At Law*
305 Broadway, Suite 7th Fl.
New York, NEW YORK 10007
TEL. (212) 574-7977   FAX. (888) 683-3331

Hon. Lorna G. Schofield
U.S. District Judge
40 Foley Square
New York, New York 10007

April 9, 2021

> Application Granted.  All other conditions of bail shall remain in effect.  The Clerk of the Court is directed to terminate the letter motion at docket number 30.
>
> Dated: April 9, 2021
> New York, New York
>
> */s/ Lorna G. Schofield*
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re: Brandon Blake 20 CR610-001(LGS)

To: Hon Lorna Schofield,

  I submit this letter to request that Mr. Brandon Blake be permitted to work for Guardian Service Industries Inc. 55 Water Street, New York New York 10007.

  Pretrial services Officer, Joshua Rothman, informed counsel that he was not authorized to grant permission for a modification with overnight work and that Pretrial opposes the modification.  AUSA Benjamin Schrier informs counsel that he differs to Pretrial Services position.

  Mr. Blake's work duties include sanitizing NYC Subway stations Working from 8 P.M. to 4 A.M. when there are less patrons on the subway.

  Mr. Blake is currently released under home confinement conditions.

Mr. Blake attends Samaritan Village for Drug Treatment at 2090 Adam Clayton Powell Jr. Boulevard N.Y. N.Y. on Mondays from 9 a.m. to 11:45 a.m.

Mr. Blake attends the Exodus Program located at 2272 Third Avenue N.Y. N.Y. 10035, on Tuesday, Wednesday, and Thursday from 10 a.m. to 5 p.m.

This employment opportunity fits perfectly into Mr. Blake's schedule to allow him to better himself personally while also developing as a productive member of society.

I have advised Mr. Blake of the need to obtain employment, he fortunately has been able to obtain lawful employment in these very trying times of the pandemic and we beg of this Court permission to accept this offer of employment that will pay him approximately twenty ($20.00) Dollars per hour.

Respectfully Submitted,

HAROLD RAMSEY JR.