UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                     :
UNITED STATES OF AMERICA,          :
                           Plaintiff,      :          20 Cr. 610 (LGS)
                                                 :
                    -against-                 :          ORDER
                                                 :
BRANDON BLAKE,                       :
                                     Defendant,  X
-----------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, a sentencing hearing is currently scheduled for May 13, 2021, at 11:00 a.m. It is hereby

        **ORDERED** that the sentencing hearing is adjourned to **May 13, 2021, at 11:30 a.m.** and will be conducted via videoconference. Counsel for the Government and for Mr. Blake are directed to appear and will be provided with call-in instructions via email. Members of the public may attend by dialing the audio-only line, (888) 363-4749, using Access Code 558-3333. In the event the video technology does not function as expected, Defendant and counsel also shall call this number.

Dated: May 12, 2021
         New York, New York

                                                               **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**