UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA             :

                                                  :      20 Cr. 610 (LGS)
                     -against-                   :
                                                :      <u>ORDER</u>
    BRANDON BLAKE,                   :
                               Defendant,  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** the parties shall file a joint status letter on **January 6, 2023,** informing the Court of the status of Defendant's compliance with the terms of his supervised release and their respective positions with respect to the pending specifications including whether a disposition has been reached or if an evidentiary hearing is needed.

Dated: November 29, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                         **UNITED STATES DISTRICT JUDGE**